**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| BRENDA BAMBERG, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 6:25-cv-179-JDK-JDL |
| | § | |
| NEAL FRANKLIN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

On May 14, 2025, Plaintiffs Brenda Bamberg, Bob Brewer, and Rudy Wright filed this lawsuit against Defendants Neal Franklin, Larry Smith, Matthew Lazarine, and Smith County. Docket No. 1. This case was referred to United States Magistrate Judge John D. Love for findings of fact, conclusions of law, and recommendations for the disposition of the action.

Before the Court is Defendants Franklin, Smith, and Lazarine's motion for summary judgment on the issue of qualified immunity. Docket No. 32. On May 20, 2026, Judge Love issued a Report recommending that the Court grant the motion. Docket No. 34. Plaintiffs have not timely filed objections.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Services, LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

1

Here, Plaintiffs did not file any objections.  The Court therefore reviews Judge Love's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law.  *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law.  Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 34) as the findings of this Court.  The motion for summary judgment on the issue of qualified immunity (Docket No. 32) is **GRANTED**.  Plaintiffs' claims against Defendants Neal Franklin, Larry Smith, and Matthew Lazarine are **DISMISSED with prejudice**.

So **ORDERED** and **SIGNED** this **8th**   day of  **June, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2