**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| BRENDA BAMBERG, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 6:25-cv-179-JDK-JDL |
| | § | |
| SMITH COUNTY, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiffs Brenda Bamberg, Bob Brewer, and Rudy Wright bring this civil rights lawsuit against Defendant Smith County under 42 U.S.C. §§ 1983 and 1985. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636.

Before the Court is Defendant's Motion for Summary Judgment. Docket No. 39. On August 19, 2026, Judge Love issued a Report and Recommendation recommending that the Court grant the motion. Docket No. 42. Plaintiffs objected. Docket No. 43.

Where a party timely objects to the Report and Recommendation, the Court reviews the objected-to findings and conclusions of the Magistrate Judge de novo. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Servs., LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

For those portions of the Report to which no objections are filed, the Court reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having conducted a de novo review of the record in this case and the Magistrate Judge's Report, the Court has determined that the Report of the Magistrate Judge is correct, and Plaintiffs' objections are without merit. Accordingly, the Court **OVERRULES** Plaintiffs' objections (Docket No. 43) and **ADOPTS** the Report of the Magistrate Judge (Docket No. 42) as the opinion of the District Court. Defendant's Motion for Summary Judgment (Docket No. 39) is **GRANTED**, and Plaintiffs' claims are **DISMISSED with prejudice**.

So **ORDERED** and **SIGNED** this **16th** day of **October, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE